Christopher Elliott #AA3733
Name and Prisoner/Booking Number

New Folsom State Prison
Place of Confinement

P-O Box 290066 - B.7.110
Mailing Address

RePResa, CA. 95671 -0066
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

**FILED**
Jul 27, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Christopher D- Elliott #AA3733
(Full Name of Plaintiff)          Plaintiff,

v.

(1) JEFF LYNCH
(Full Name of Defendant)

(2)    "AND Others"

(3)

(4)
Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. __2:22-cv-1323-AC (PC)__
(To be supplied by the Clerk)

"Demand JURY TRiAL"

## CIVIL RIGHTS COMPLAINT
## BY A PRISONER

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: _____ CSP - SACRAMENTO _____

Revised 3/15/2016                    1.

1-A

DEFENDANT - JEFF LYNCH - POSITION - WARDEN
INSTITUTION - CSP - SACRAMENTO

DEFENDANT - S. LEATHERMAN - POSITION - PEACE OFFICER
INSTITUTION - CSP - SACRAMENTO

DEFENDANT - R. EHLERS - POSITION - PEACE OFFICER
INSTITUTION - CSP - SACRAMENTO

DEFENDANT - A. SHEARER - POSITION - PEACE OFFICER
INSTITUTION - CSP - SACRAMENTO

DEFENDANT - M. PITTS - POSITION - PEACE OFFICER
INSTITUTION - CSP - SACRAMENTO

DEFENDANT - K. MCKENNA - POSITION - PEACE OFFICER
CSP - SACRAMENTO

## B. DEFENDANTS

1. Name of first Defendant: _____. The first Defendant is employed as:
   _____ at _____
        (Position and Title)                          (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as:
   _____ at _____
        (Position and Title)                          (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as:
   _____ at _____
        (Position and Title)                          (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
   _____ at _____
        (Position and Title)                          (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☒ Yes    ☐ No

2. If yes, how many lawsuits have you filed? __3__ . Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: Christopher Elliott v. R. Ehlers
      2. Court and case number: 2:22-CV-01040-KJN
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) yes pending

   b. Second prior lawsuit:
      1. Parties: Christopher Elliott v. A. Herrera
      2. Court and case number: 2:22-CV-01072-AC
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Pending

   c. Third prior lawsuit:
      1. Parties: Christopher Elliott v. M. Campose
      2. Court and case number: 2:22-CV-01286-DMC
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) yes Pending

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

1  8th Amendthment, First Amendthment
2  Defendant - R.Ehlers is with
3  Defendant - m. Campose, Defendant - R.Ehlers
4  was the "one" That had Defendant - m. CAMPA
5  write me up for "I.E.X" so he can
6  have the "CASE" Filed In "SACRAMENTO"
7  court house, Defendant - R.Ehlers knew
8  it was Cov.d-19 so that means I
9  would have To "WALK" To video court
10  were the same "INMATES" That is
11  q.P gang members, That the Defendant's
12  gave The "PAPERWORK" saying I was
13  A "sex offender", And "order" To cover
14  up They Took my "money" That my
15  Dead "grandfather" Left me. my grandfather
16  Died In "March" And the money got
17  send To Folsom April. 2021
18  I have Exhausted the inmate grievance
19  Procedures. Defendant - A. shearer And
20  Defendant - m. Pitts And Defendant - K. mckenna
21  Are with the other Defendant's As
22  well, As the Defendant - Jeff Lynch
23
24
25
26
27
28

1  8th Amendthment, First Amendthment
2  Defendant - M. Campose
3  wrote me up for I.E.X And Took copy's
4  of the write up. And "passed" it out To
5  The g.p gang members Inmates And "order"
6  To have me killed. the PAPerwork Said
7  I was A "sex offender", Then They
8  "filed" The I.E.X's In Sacramento
9  "Court" And Sacramento Picked it up.
10  There After I had To "walk" Tu video
11  Court "Around" The Same Inmates
12  Defendant - M. Campose gave the sex
13  offender "paperwork" To. And "order" To
14  cover up They Took the "money", That
15  my Dead "grandfather" Left me when
16  he Died, march of 2021, And the
17  money got To Folsom April,
18  Defendant - A. Shearer And Defendant -
19  M. Pitt's, And Defendant - K. mckenna
20  And Defendant - S. Leatherman, Defendant -
21  Jeff Lynch Are All Together, I ran
22  out of PApeR To Add The Rest

1

2  DEFENDANT- S. LEATHERMAN is with

3  The other DEFENDANT'S who is NAmed

4  DEFENDANT- S. Leatherman was one

5  OF the ones who had DEFENDANT-M. CAmpose

6  write me up FOR I.E.X so he CAN

7  have the CASE "Filed" IN SACRAMENTO

8  Court house, DEFENDANT, S. Leatherman

9  Knew It was Covid-19 so That means

10  I would have To walk To video

11  Court were the same "Inmates" That

12  is G.P gang members, That the DEFENDANT

13  gave the "PAPERWORK" SAying I was

14  A "sex OFFENDER", And ORDER TO Cover

15  up They Took my "money" that my

16  Dead gRANDFATHER Left me, he Died

17  IN march the money got send To

18  New Folsom State PRISON IN April

19  I have Exhausted the inmate gRievance

20  PRocedures, DEFENDANT-A. sheGRee And

21  DEFENDANT-M. PittS And DEFENDANT-

22  K. mcKENNA Are with DEFENDANT-R. Ehlers

23  And DEFENDANT-M. CAmpose, DEFENDANT-

24  S. Leatherman, with this is the CAses

25  That was Filed IN SACRAMENTO Court

26  my Attorney Name is LAURANCE. S smith

27  CAse# 21 Fe 003483 , 21mI001706

28

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: 8th AMENDMENT FiRst AMENDMENT FoURteeNth AMENDMENT

2. **Claim I.** Identify the issue involved. Check only one. State additional issues in separate claims.
   - ☒ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☒ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what each **Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   DeFeNdANt Jeff LyNch OveR See's the PRisoN As the wARdeN, DeFeNdANt Jeff LyNch KNew My life was Not SAFe, DeFeNdANt Jeff LyNch Did Nothing To Stop oR "help" Me. As the wARdeN that is DeFeNdANt Jeff LyNch JoB, To MAke SuRe EAch inmate is "SAFe" ANd get the BASic NeCessities, DeFeNdANt Jeff LyNch KNew the other DeFeNdANts Took My MoNey My "GRANdfatheR" LeFt Me wheN he Died, DeFeNdANt Jeff LyNch KNew the DeFeNdANts Kept Me Locked iNside OF A CAP'ed Cell. ANd he KNew they was Not "FeediNg" Me Last yeAR 8·22·2021. Also I was BeiNg SexUAlly hARAssed, I have ExhAusted the inmate GRieVANce PRoceduRes, DeFeNdANt Jeff LyNch is TRyiNg To CoveR it up.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: 8th Amendment
First Amendment, Fourteenth Amendment

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

- [X] Basic necessities
- [ ] Disciplinary proceedings
- [ ] Excessive force by an officer
- [ ] Mail
- [X] Property
- [X] Threat to safety
- [ ] Access to the court
- [ ] Exercise of religion
- [ ] Other: _____
- [ ] Medical care
- [X] Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Last year 8-22-2021 Defendant-S. Leatherman, was
Not feeding me kept me Locked inside of A caged
Cell, Defendant-S. Leatherman Took my money That
got Send To folsom State Prison, my grandfather left
me when he "Died", Defendant-S. Leatherman Try'ed
To have me "killed" in "order" To cover it up
Defendant-S. Leatherman Tryed To have The
Inmates on B-yard g.p Inmates "kill" me on my
way walking To video court, also Defendant-S.
Leatherman was sexually harassing me.
I have Exhausted the inmate grievance procedures
all of the Defendants who is named They are
Together, They Did it Together

A prisoner may, however, state A claim where he
Alleges that he was served meals with insufficient
Calories for long periods of time, Hutto V. Finney
437 U.S. 678, 683-84

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

5. **Administrative Remedies.**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? [X] Yes [ ] No

   b. Did you submit a request for administrative relief on Claim II? [ ] Yes [X] No

   c. Did you appeal your request for relief on Claim II to the highest level? [ ] Yes [ ] No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: 8th Amendthment
First Amendthment

2. **Claim III.** Identify the issue involved. Check only one. State additional issues in separate claims.
   - [X] Basic necessities
   - [ ] Mail
   - [ ] Access to the court
   - [ ] Medical care
   - [ ] Disciplinary proceedings
   - [X] Property
   - [ ] Exercise of religion
   - [X] Retaliation
   - [ ] Excessive force by an officer
   - [X] Threat to safety
   - [ ] Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Last year 8-22-2021 Defendant - R.Ehlers was not feeding me kept me locked inside of a caged cell Defendant - R.Ehlers Took my money That got send To Folsom State Prison, My Grandfather "left me when he "died" Defendant - R.Ehlers Tryed To have me killed in order To cover it up. Defendant - R.Ehlers Tryed To have the "inmates" ON B-yard g.p inmates kill me on my way walking To Video Court Also Defendant - R.Ehlers was sexually harassing me I have Exhausted the Inmate grievance procedures, ALL of the Defendants That is Named They Are Together, They Did it Together.

   A "Prisoner" may, however, state a claim where he alleges that he was served meals with insufficient calories for long periods of time. Hutto v. Finney 437. U.S. 678, 683.-84

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   _____
   _____
   _____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  [X] Yes  [ ] No
   b. Did you submit a request for administrative relief on Claim III?  [X] Yes  [ ] No
   c. Did you appeal your request for relief on Claim III to the highest level?  [ ] Yes  [ ] No
   d. if you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I AM Seeking "PAiN" AND SUFFERING FOR ViOLATED
MY 8th AmenDthment AND MY FiRst AmenDthment
BAsic NeCessities, Threat TO SAFety AND RetAliAtion

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___7 · 23 · 2022___
                    DATE

___ellett___
SIGNATURE OF PLAINTIFF

_____

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____

(Signature of attorney, if any)

_____

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

# LAURANCE S. SMITH
*Attorney at Law*

2600 H Street
Sacramento, California 95816
e-mail: vubast@aol.com

Telephones:
From Sacramento and
All Other Counties:
☎ (916) 446-6615 (Voice)
🖷 (916) 442-3988 (Day FAX)
🖷 (916) 442-6524 (Night FAX)

From Placer, Nevada
& El Dorado Counties:
☎ (916) 823-0436

June 9, 2022

Mr. Christopher ELLIOT
CSP Sacramento
AA 3733
P.O. Box 2900001
Reprisa CA 95671

Re: *People v. Elliot* Sac Super Ct  *21 FE 003983, 21MI001706*

**CASes Filed Sex Offender PAPerwork**

Dear Mr. Elliot:

I have your letter dated July 10, 2022 .

Your next video court date is August 26, 2022 in Department 19.

It still remains next to impossible to have personal attorney visits.  I am doing what I can to get that changed.  In the mean time, the case has been assigned to a new Deputy D.A. I will be contacting that person to see where things stand.

I will keep you posted of any new developments.

Yours very truly

Laurance S. Smith

encl

State of California                                                                    Department of Corrections and Rehabilitation

# Memorandum

Date:    July 1, 2022

To:      ELLIOTT (AA3733)
         B7 110

Subject:    **WARDEN'S RESPONSE TO LETTER RECEIVED**

This correspondence is in response to your letter received on June 30, 2022 in the California
State Prison-Sacramento (CSP-SAC) Warden's Office. Your letter has been reviewed and has
been deemed substantially duplicative to previous grievance claim number 264907.

If misconduct is discovered, it will be handled accordingly.  A decision letter will be forwarded
to you upon completion.

If you have any further questions, please contact the Grievance Office utilizing a Request for
Interview form.

JEFF LYNCH
Warden
California State Prison-Sacramento

DEFENDANT JEFF LYNCH KNEW what was
Going ON AND Did NOTHING. This HAPPENED Last
YEAR AND THIS YEAR.

# Plan of Action Notification

DATE: June 22, 2022

NAME: ELLIOTT                CDC#: AA3733                HOUSING: B7-110

The Grievance Office has received your grievance regarding "Emergency/Safety Concerns" that you submitted to the Grievance Office. The Grievance was received by the Grievance Office on 06/22/2022.

Per Title 15 Section 3483(a)
        The Grievance Office has notified the appropriate staff regarding your concerns and they will be addressed accordingly.

The facility Captain has been made aware of your concerns.

Office of Grievances
CSP-Sacramento

**CALIFORNIA DEPARTMENT** *of*
**Corrections and Rehabilitation**

## CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

**Offender Name:** ELLIOTT, CHRISTOPHER                     **CDC#:** AA3733

**Date:** 06/22/2022

**Current Location:** SAC-Facility B                    **Current Area/Bed:** B-007 1010001L

**From:** Office of Grievances at California State Prison, Sacramento

**Re:** Log # 000000270997

The California Department of Corrections and Rehabilitation Office of Grievances at California State Prison, Sacramento received your grievance on 06/22/2022. Your grievance has been assigned for review and response.

Pursuant to California Code of Regulations, title 15, the Office of Grievances will complete its review no later than 08/22/2022.

Please be informed that the Office of Grievances will not respond to any inquiries about the status of a grievance prior to the date shown above.

CDCR SOMS OGTT300
CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

## Plan of Action Notification

DATE: June 22, 2022

NAME: ELLIOTT              CDC#: AA3733              HOUSING: B7-110

The Grievance Office has received your grievance regarding "Emergency/Safety Concerns" that you submitted to the Grievance Office. The Grievance was received by the Grievance Office on 06/22/2022.

Per Title 15 Section 3483(a)
        The Grievance Office has notified the appropriate staff regarding your concerns and they will be addressed accordingly.

The facility Captain has been made aware of your concerns.

Office of Grievances
CSP-Sacramento

## Plan of Action Notification

DATE: June 22, 2022

NAME: ELLIOTT                    CDC#: AA3733                    HOUSING: B7-110

The Grievance Office has received your grievance regarding "Emergency/Safety Concerns" that you submitted to the Grievance Office. The Grievance was received by the Grievance Office on 06/22/2022.

Per Title 15 Section 3483(a)
        The Grievance Office has notified the appropriate staff regarding your concerns and they will be addressed accordingly.

The facility Captain has been made aware of your concerns.

Office of Grievances
CSP-Sacramento

## Plan of Action Notification

DATE: June 22, 2022

NAME: ELLIOTT                    CDC#:  AA3733                    HOUSING: B7-110

The Grievance Office has received your grievance regarding "Emergency/Safety Concerns" that you submitted to the Grievance Office. The Grievance was received by the Grievance Office on 06/22/2022.

Per Title 15 Section 3483(a)
        The Grievance Office has notified the appropriate staff regarding your concerns and they will be addressed accordingly.

The facility Captain has been made aware of your concerns.

Office of Grievances
CSP-Sacramento

6·11·2022

To "whom" This may "Concern
my Name is Christopher Elliott # AA3733
And I Am At New Folsom state
Prison on B-Yard. Now my life
was Put on the line on B-Yard.
By C.D.C.R Peace Officers They
Tryed To have me Killed By
B-Yard Inmates. And "Order" To
cover up They Stole my money
That my "grandfather" left when
he Die. one of the C/o's was
walked off. And the "Rest" is
still here on B-Yard At folsom
state Prison. I Am S.N.Y - E.O.P
I Can't come out of the unit
Due To The "Inmates" on B-Yard
is Trying To get me. And I filed
"PREA" on Alot of B-Yard C/o's.
Due To They Are "harassing" me
In A "foul" way. with this letter
is copy's To "prove" And Back
up What I Am saying is True
you will have To send somebody
To Talk To me At my cell

RECEIVED

JUN 3 0 2022

CSP SACRAMENTO
WARDEN'S OFFICE



Mr. Christopher Elliott #AA3733
New Folsom State Prison
P.O. Box 290066 - B-7, 116
Represa, CA 95671-0066

"Legal"

RECEIVED
JUN 13 2022
CSP-SAC MAILROOM

Prison Generated Mail
CSP-SACRAMENTO

Kathly Allison
Attorney
P.O. Box 42883
Sacramento, CA 94283

F. Bacchi 06/10/22
Badge # 97463

RECEIVED

JUN 30 2022

CSP SACRAMENTO
WARDEN'S OFFICE

State of California

OIA Investigation/Allegation Inquiry Findings
Department of Corrections and Rehabilitation

# Memorandum

Date : July 11, 2022

To : ELLIOTT AA3733
California State Prison, Sacramento
Facility B
B 007 1-010001L

Subject: INVESTIGATION/ALLEGATION INQUIRY FINDINGS RELATIVE TO GRIEVANCE
LOG #: 155731 CLAIMS 002 AND 004 AND/OR ALLEGATION AGAINST STAFF
TRACKING SYSTEM LOG #: N/A.

**ISSUE:** Claim 002: Claimant alleged on 8/22/2021 Correctional Officer R. Ehlers
approached his door threatening to have Claimant killed when released to C-Yard while
using a derogatory racial slur. Claim 004: Claimant alleged on 8/22/2021 he told
Correctional Officers K. McKenna, S. Leatherman, A. Shearer, and M. Pitts, to stop
sexually harassing him. Claimant alleged the aforementioned officers proceeded not to
feed him.

**DETERMINATION OF ISSUE:** Your claim contained an allegation of staff misconduct
and was either processed as an Office of Internal Affairs (OIA) Investigation, or as an
Allegation Inquiry by a Locally Designated Investigator (LDI).

**FINDINGS:** Upon receipt and review of the Confidential Investigation Report, Allegation
Inquiry, or approval from OIA for direct adverse action, the Hiring Authority determined
your allegation was:

☒   NOT SUSTAINED: The investigation or inquiry failed to disclose a preponderance
of evidence to prove or disprove the allegation made in the complaint.
☐   UNFOUNDED: The investigation or inquiry conclusively proved that the act(s)
alleged did not occur, or the act(s) may have, or in fact, occurred but the individual
employee(s) named in the complaint(s) was not involved.
☐   EXONERATED: The facts, which provided the basis for the complaint or allegation,
did in fact occur; however, the investigation or inquiry revealed that the actions were
justified, lawful, and proper.
☐   SUSTAINED: The investigation or inquiry disclosed a preponderance of evidence to
prove the allegation(s) made in the complaint.