IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ELLIOTT,<br><br>   Plaintiff,<br><br>   v.<br><br>M. CAMPOSE,<br><br>   Defendant. | No. 2:22-CV-1323-KJM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. This matter was stayed for 120 days on March 21, 2023, to allow the parties to participate in a post-screening settlement conference. See ECF No. 19. A settlement conference was held on July 18, 2023, and the matter was not resolved. See ECF No. 25. The Court will by this order lift the stay imposed on March 21, 2023, and direct Defendant Campose to file a response to Plaintiff's complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The stay of proceedings imposed on March 21, 2023, is LIFTED.

2. Defendant Campose shall file a response to Plaintiff's complaint within 30 days of the date of this order.

Dated:  July 19, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE