IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**CHRISTOPHER D. ELLIOTT,**

Plaintiff,

v.

**M. CAMPOSE,**

Defendant.

Case No. 2:22-cv-01323-KJM-DMC-P

**ORDER**

Good cause having been shown by defense counsel's declaration indicating the need for additional time to review relevant state court records, Defendant Campos's request for a three-week extension of time, ECF No. 30, is GRANTED.  Defendant shall have up to and including October 2, 2023, within which to file a reply to Plaintiff's opposition to Defendant's motion to dismiss.

Dated:  September 12, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1