IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ELLIOTT,<br><br>    Plaintiff,<br><br>    v.<br><br>M. CAMPOSE,<br><br>    Defendant. | No. 2:22-CV-1323-KJM-DMC-P<br><br><br><br>ORDER |

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

       On February 20, 2024, the undersigned issued findings and recommendations that Defendant's motion to dismiss be granted and that this action be dismissed without leave to amend for failure to state a claim upon which relief can be granted. See ECF No. 34. On April 16, 2024, the District Judge adopted the findings and recommendations except the District Judge granted the motion to dismiss with leave to amend. See ECF No. 35. Consistent with the District Judge's order, the undersigned will hereby direct Plaintiff to file a first amended complaint.

///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file a first amended complaint within 30 days of the date of this order.

Dated: June 5, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE