IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ELLIOTT,<br><br>  Plaintiff,<br><br>  v.<br><br>M. CAMPOSE,<br><br>  Defendant. | No. 2:22-CV-1323-KJM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

On February 20, 2024, the undersigned issued findings and recommendations that Defendant's motion to dismiss be granted and that this action be dismissed without leave to amend for failure to state a claim upon which relief can be granted. See ECF No. 34. On April 16, 2024, the District Judge adopted the findings and recommendations except the District Judge granted the motion to dismiss with leave to amend. See ECF No. 35. Consistent with the District Judge's order, on June 6, 2024, the Court issued an order directing Plaintiff to file a first amended complaint within 30 days. See ECF No. 36. As of July 23, 2024, no first amended complaint had been filed and the Court issued findings and recommendations that this action be dismissed without prejudice for lack of prosecution and failure to comply with court rules and orders. See ECF No. 37. Plaintiff's address was updated to High Desert State Prison on July 25, 2024, and

the findings and recommendations were re-served the same day.  Plaintiff's address was again updated to California State Prison – Corcoran on August 20, 2024, and the findings and recommendations were again re-served on the same day.  Plaintiff filed objections to the findings and recommendations on September 9, 2024.  <u>See</u> ECF No. 38.

In light of Plaintiff's multiple changes of address which may have made it difficult for Plaintiff to comply with the Court's June 6, 2024, order, and in the interest of justice, the Court will vacate the July 23, 2024, findings and recommendations and provide Plaintiff additional time within which to file a first amended complaint consistent with the District Judge's order.  Plaintiff is again cautioned that failure to file a first amended complaint within the time permitted therefor may result in dismissal of the entire action for lack of prosecution and failure to comply with court rules and orders.  <u>See</u> E. Dist. Cal. Local Rule 110.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations issued on July 23, 2024, ECF No. 37, are vacated.

2. Plaintiff shall file a first amended complaint within 30 days of the date of this order.

Dated:  November 15, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE